UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 08-80089-CR-
                            MIDDLEBROOKS/JOHNSON
        Plaintiff,

v.

MICHAEL BOWE,
        Defendant.
_____/

## OBJECTION TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, MICHAEL BOWE, by and through his undersigned counsel, and files the following objections to certain facts and issues, which have been included in the Presentence Investigation Report:

**Page 12, Paragraph 53 – Offense Level Computation**

Paragraph 53 alleges the victim sustained permanent or life threatening bodily injury and increased the offense level by six levels.  It is the position of the Defendant that the appropriate victim injury should be defined as serious bodily injury and the offense level should only be increased by four levels.  See §1B1.1, commentary 1.(J) and (L) and §2B3.1(b)(3)(B) Federal Sentencing Guidelines.

**Page 13, Paragraph 60**

Defendant asserts that he should receive the three level reduction for acceptance of responsibility.  Defense counsel has submitted an acceptance of responsibility statement to Probation Officer Mike Santucci on December 12, 2008, and counsel has been advised by Mr. Santucci that he will be recommending a three level reduction in the sentencing guidelines.

This would decrease the Defendant's sentencing guideline level to Level 30.

Sentencing options based on a total offense level of 30 and a criminal history category IV provides the guideline imprisonment range is 135-168 months, and Count III requires a ten year term of imprisonment to run consecutive to any other term of imprisonment.

Respectfully submitted this 17th day of December, 2008.

>THOMAS R. GARLAND, P.A.
>1914 SE Port St. Lucie Blvd.
>Port St. Lucie, Florida 34952
>772/337-1122; fax: 772/337-1595
>Email: tgarlandlaw@aol.com
>
>*/s/Thomas R. Garland*
>Thomas R. Garland, Esq.
>Attorney for Defendant, Michael Bowe
>Florida Bar No. 0849502

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2008, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U. S. Mail/fax to those counsel who are not authorized to receive electronically Notices of Electronic Filing.

Nancy Vorpe Quinlan, Esq.
Assistant U. S. Attorney
500 S. Australian Avenue, Suite 400
W. Palm Beach, Fl. 33401-6235

Michael Santucci
U. S. Probation Officer
501 South Flagler Drive, Suite 400
W. Palm Beach, FL 33401-5912

>THOMAS R. GARLAND, P.A.
>1914 SE Port St. Lucie Blvd.
>Port St. Lucie, Florida 34952
>772/337-1122; fax: 772/337-1595
>Email: tgarlandlaw@aol.com
>
>*/s/Thomas R. Garland*
>Thomas R. Garland, Esq.
>Attorney for Defendant, Michael Bowe
>Florida Bar No. 0849502