UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80089-CR-MIDDLEBROOKS/JOHNSON

UNITED STATES OF AMERICA,

vs.

MICHAEL S. BOWE,
COURTNEY GRIFFIN,
RANDY LEE SAMPSON, and
CORNELIUS A. WILLIAMS,

    Defendants.
_____/

**GOVERNMENT'S RESPONSE TO DEFENDANTS'
OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

    The United States hereby files this response to the Defendants' Objections to the Pre-Sentence Investigation Report (PSI) and in support thereof states:

    1. Defendants MICHAEL BOWE, COURTNEY GRIFFIN, and RANDY SAMPSON have objected to the inclusion in their respective Pre-Sentence Investigation Reports a Specific Offense Characteristic enhancement of 6 levels for causing permanent or life threatening bodily injury to a victim. All defendants argue that the enhancement should be only 4 levels for "serious bodily injury." Defendants rely on U.S.S.G. Section 1B1.1, Commentary 1.(J) and (L), and Section 2B3.1(b)(3)(B).

    2. The United States has delivered by facsimile machine to counsel for all defendants the victim impact statement of the Loomis Armored Car employee who was shot by one of the

defendants who was using an AK-47 rifle. The Loomis employee thought he was going to be killed. The United States also sent to counsel for the defense a copy of a letter from the victim's doctor. The government is not filing these in the Court file in order to protect the privacy and medical records of the victim. However, these documents will be offered for the Court's review at the sentencing hearing.

    3. The defendants have advised the government that they are dropping their other objections to the PSI because they would rather pursue Rule 35 consideration at a later date under the terms of their respective plea agreements.

    Respectfully submitted,

    R. ALEXANDER ACOSTA
    UNITED STATES ATTORNEY

    _____
    NANCY VORPE QUINLAN
    ASSISTANT UNITED STATES ATTORNEY
    500 S. Australian Ave., Suite 400
    West Palm Beach, Florida 33401-6235
    Fla. Bar No. 0593532
    Tel. (407) 820-8711 Ext. 3055
    Telefax (407) 659-4526

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 15th day of December, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  A also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                *s/Nancy Vorpe Quinlan*
                                                Nancy Vorpe Quinlan
                                                Assistant United States Attorney

**SERVICE LIST**

Nancy Vorpe Quinlan
Assistant United States Attorney
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Fax: (561) 820-8778
E-Mail: Nancy.Quinlan@usdoj.gov

Thomas Richard Garland, II, Esquire
Thomas R. Garland, P.A.
1914 SE Port St Lucie Boulevard
Port St Lucie, FL 34952
Telephone: (772) 337-1122
Fax: (772) 337-1529
E-Mail: tgarlandlaw@aol.com
Attorney for Michael S. Bowe

Frederick (Rick) Charles Hutchinson, III
F.C. Hutchinson Law Office
515 North Flagler Drive
Suite 801
West Palm Beach, FL 33401
Telephone:  (561) 838-9793
Fax: (561) 838-9034
E-Mail: hutch-law@hotmail.com
Attorney for Courtney J. Griffin

Gregg Stuart Lerman, Esquire
330 Clematis Street
West Palm Beach, FL 33401
Telephone: (561) 832-5770
Fax: (561) 832-1857
E-Mail: glercrdfns@aol.com
Attorney for Randy Lee Sampson

Ronald Scott Chapman, Esquire
400 Clematis Street
Suite 206
West Palm Beach, FL 33401
Telephone: (561) 832-4348
Fax: (561) 832-4346
E-Mail: ronchapman@bellsouth.net
Attorney for Cornelius A. Williams